Probation Form No. 35 (1/92)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2020

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.    Docket No. 0208 1:13CR00609-01 (DLC)

Richard Sanchez

On August 31, 2018, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Richard Sanchez be discharged from Supervised Release on August 30, 2020.

Respectfully submitted,

by *Lauren Blackford*

Lauren M. Blackford
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 28th day of August, 20 20.

*Denise Cote*

Honorable Denise L. Cote
U.S. District Judge